UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    Case No. 12 B 25341

Ovie Y Thrower

Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/25/2012.

2) The plan was confirmed on 09/19/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Completed on 09/21/2016.

6) Number of months from filing to last payment: 51.

7) Number of months case was pending: 54.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $55,526.87.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,436.00 |
| Less amount refunded to debtor | $387.96 |

**NET RECEIPTS:** $12,048.04

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $474.49 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,974.49

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate Health Care | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 3,626.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| American Debt Collection | Unsecured | 52.78 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 1,105.00 | 1,202.27 | 1,202.27 | 1,202.27 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 450.00 | 501.76 | 501.76 | 501.76 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 0.00 | 208.29 | 208.29 | 208.29 | 0.00 |
| Blue Cross Blue Shield | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Carle Clinic | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| Carle Foundation Hospital | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Cash Yes Card | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| CB USA | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| Country Club Hills Municipality | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit & Collections Dept | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 805.00 | NA | NA | 0.00 | 0.00 |
| ER Solutions | Unsecured | 11.09 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| First National Collection Bureau | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| First National Collection Bureau | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Franciscan St Margaret Health | Unsecured | 2,721.00 | NA | NA | 0.00 | 0.00 |
| Great Plains Lending | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 755.00 | NA | NA | 0.00 | 0.00 |
| IC Systems Inc | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| IC Systems Inc | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| IDES | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 240.10 | 240.10 | 240.10 | 0.00 |
| Illinois Lending Corporation | Unsecured | 1,100.00 | 1,015.56 | 1,015.56 | 1,015.56 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Island National Group | Unsecured | 714.00 | NA | NA | 0.00 | 0.00 |
| J C Penney Card Bank NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| K Jordan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair and Sampson LL | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 799.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| Metrostyle | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MidAmerica Cardiovascular Consultants | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 864.00 | NA | NA | 0.00 | 0.00 |
| Midwest Anesthesiologists | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| Midwest Diagnostic Pathology, SC | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| Midwest Diagnostic Pathology, SC | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group, LLC | Unsecured | 1,795.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 21,041.00 | 21,041.37 | 21,041.37 | 990.24 | 0.00 |
| Nationwide Loans LLC | Unsecured | NA | 896.04 | 896.04 | 896.04 | 0.00 |
| Nationwide Loans LLC | Unsecured | 1,032.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Loans LLC | Unsecured | 1,380.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Loans LLC | Unsecured | 1,032.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 788.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 1,346.00 | NA | NA | 0.00 | 0.00 |
| New York & Co | Unsecured | 1,775.00 | NA | NA | 0.00 | 0.00 |
| Oaklawn Radiology Imaging | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| Pellettieri & Associates | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corp | Unsecured | 65.87 | NA | NA | 0.00 | 0.00 |
| Physicians Prompt Care Centers | Unsecured | 507.00 | NA | NA | 0.00 | 0.00 |
| Plain Green Loan | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 492.48 | 492.48 | 492.48 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 788.00 | 838.39 | 838.39 | 838.39 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 872.00 | 872.41 | 872.41 | 872.41 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 961.00 | 476.12 | 476.12 | 476.12 | 0.00 |
| Resurgent Capital Services | Unsecured | 339.00 | 339.89 | 339.89 | 339.89 | 0.00 |
| Springleaf Financial Services | Secured | 1,181.00 | 1,074.54 | 1,074.54 | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 1,181.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 1,458.00 | NA | NA | 0.00 | 0.00 |
| Stoneberry | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tribute | Unsecured | 840.00 | NA | NA | 0.00 | 0.00 |
| Trinsic | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| US Fast Cash | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| Village of Hazel Crest | Unsecured | 1,281.00 | NA | NA | 0.00 | 0.00 |
| Well Group Health Partners | Unsecured | 961.00 | NA | NA | 0.00 | 0.00 |
| Well Group Health Partners | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Wffinance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,074.54 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,074.54** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$28,124.68** | **$8,073.55** | **$0.00** |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $3,974.49 | |
| Disbursements to Creditors | $8,073.55 | |
| **TOTAL DISBURSEMENTS:** | | **$12,048.04** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/30/2016            By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**